Junio 10, 2005.

Honorable Juez
Hector Laffite
E. S. D.

RECEIVED AND FILED
2005 JUN 14 PM 1:20
CLERK'S OFFICE
U.S. DIST. COURT
SAN JUAN, P.R.

Honorable,

Por medio de la presente me dirijo a usted con el fin de comunicarle lo siguiente:

En Mayo 29 del 2003 usted me dio una sentencia de 151 meses y por medio de mi abogado le pedí ser recomendado para la Carcel Federal de Fort Dix, y como nunca me enviaron hacia alla, me enviaron a la carcel estatal local de Puerto Rico, por el tiempo comprendido entre Septiembre del 2003 hasta Junio del 2005, ya que en estos momentos me quedan 3 años y 10 meses de sentencia, le pido a usted si puede reconsiderarme para terminar mi sentencia aquí en Puerto Rico para estar cerca de mi familia.

Por favor, de usted recomendarme a esta Institución, le pido le haga comunicación de esta recomendación al Señor Segarra, quien es la persona encargada de la designación.

Agradezco a usted Honorable, tenga en consideración esta petición.

De usted ATT.

*Daniel Reyes Beltran*
DANIEL REYES.
Reg # 16995-069. 3-A