IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA,     *
Plaintiff                                    CR.NO.99-044(HL)
                              *

    v.                        *

DANIEL REYES-ESCRIBANO        *
 Defendant
* * * * * * * * *   *

## MOTION TO REQUEST SENTENCING HEARING TRANSCRIPTS

TO HONORABLE COURT:

**COMES NOW**, defendant, Daniel Reyes-Escribano, Pro-se, and moves this Honorable Court to provide him with copies of the transcripts from his sentencing hearing, in the above-named case, celebrated on May 29, 2003 before the Honorable judge Hector Laffitte.

Defendant also request this Honorable Court to note that he is proceeding in Forma Pauperis, therefore he is entitled to receive the transcripts at no-charge as he will use them in the appeal proces.

**WHEREFORE**, defendant humbly prays this Honorable Court to grant this Motion.

IN GUAYNABO, PUERTO RICO, THIS 19 SEPTEMBER, 2005.

Respectfully submitted

*Daniel Reyes Escribano*
DANIEL REYES-ESCRIBANO
Unidad 1-B
MDC.Guaynabo
P.O.BOX 2147
San Juan, P.R. 00922.