February 09, 2006

United States District Court
for the District of Puerto Rico
150 Federico Degetau Federal Bldg.
Carlos Chardon Avenue
Hato Rey, Puerto Rico, 00918-1767

RE: UNITED STATES v. DANIEL REYES-ESCRIBANO   CR-99-0044 (HL)

Dear Sir/Madam:

    The primary purpose of this correspondence concerns the procurment of information per public records request. Please construe this letter in lieu of formal request to ask that your office provide me with certified copies of the following documents that pertain to my criminal matter, pursuant to Public Records Request:

    1. Plea allocution hearing minutes

In the event that you charge a fee for these documents, please write and advise of said fee, so that I can make arrangements of payments. I would appreciate if you would forward these documents to the undersigned at the mailing location listed below at your earliest convenient.

Thank you in advance for your time and consideration with this most important matter.

Respectfully Submitted

Daniel Reyes-Escribano
Fed Reg# 16995-069
F.C.I. Fairton
P.O. BOX 420
Fairton, N.J. 08320