# Inmate Inquiry

🖨 PRINT

| | | | |
|---|---|---|---|
| Inmate Reg #: | 16995069 | Current Institution: | Fairton FCI |
| Inmate Name: | REYES-ESCRIBANO, DANIEL | Housing Unit: | B |
| Report Date: | 02/14/2006 | Living Quarters: | B01-933L |
| Report Time: | 5:24:20 PM | | |

General Information | Account Balances | Commissary History | Commissary Restrictions | Comments

## General Information

| | |
|---|---|
| Administrative Hold Indicator: | No |
| No Power of Attorney: | No |
| Never Waive NSF Fee: | No |
| Max Allowed Deduction %: | 100 |
| PIN: | 1699 |
| PAC #: | |
| FRP Participation Status: | Completed |
| Arrived From: | OKL |
| Transferred To: | |
| Account Creation Date: | 8/8/2001 |
| Local Account Activation Date: | 12/2/2005 3:45:41 AM |
| Sort Codes: | |
| Last Account Update: | 2/14/2006 3:44:24 AM |
| Account Status: | Active |
| Phone Balance: | $0.76 |

**FRP Plan Information**

| FRP Plan Type | Expected Amount | Expected Rate |
|---|---|---|

## Account Balances

| | |
|---|---|
| Account Balance: | $4.80 |
| Pre-Release Balance: | $0.00 |
| Debt Encumbrance: | $0.00 |
| SPO Encumbrance: | $0.00 |
| Other Encumbrances: | $0.00 |
| Outstanding Negotiable Instruments: | $0.00 |
| Administrative Hold Balance: | $0.00 |
| Available Balance: | $4.80 |
| National 6 Months Deposits: | $804.04 |
| National 6 Months Withdrawals: | $824.35 |
| National 6 Months Avg Daily Balance: | $28.00 |
| Local Max. Balance - Prev. 30 Days: | $151.78 |
| Average Balance - Prev. 30 Days: | $14.89 |