March 21, 2006

United States District Court, Clerk
District of Puerto Rico
Room 150 Federal Bldg
San Juan, Puerto Rico 00918-1767

RE: U.S.A. v. DANIEL REYES-ESCRIBANO CR: 99-44-7 (HL)

Dear Sir/Madam:

The primary purpose of this correspondence concerns the procurment of information per public records request. Please construe this letter in lieu of formal request to ask that your office provide me with certified copies of the following documents that pertain to my criminal matter, pursuant to Public Records Request:

1. Plea Allocution minutes, that is, the minutes or transcripts of the plea proceedings before Honorable. Hector M. Laffitte, on February 18, 2003, in which I entered a plea of guilty as to Count 1 of the Indictment. The Court reporter was Patricia Garshak.

I am providing a Forma Pauperis form due to my inability to pay any fees if any. I would appreciate it if you would forward these documents at the mailing location listed below at your earliest convenient.

Thank you in advance for your time and consideration with this most important matter

Respectfully Submitted

Daniel Reyes-Escribano
16995-069
FCI Fairton
P.O. Box 420
Fairton, N.J. 08320