# UNITED STATES DISTRICT COURT

May 24, 2006

## DISTRICT OF PUERTO RICO

RE: UNITED STATES OF AMERICA  v.  DANIEL REYES-ESCRIBANO  CR. 99-044-07 (HL)

Dear Sir or Madam Clerk:

On two prior occasions, I have requested this court to provide me with the transcripts from the plea allocution hearing in the above reference case, which took place on February 18, 2003. Although this court has been very helpful with my previous requests, on both occasions I have been provided with the sentencing hearing transcripts rather than the plea hearing transcripts.

As per public record request, I'll appreciate if this court can provide me with the transcripts of the guilty plea hearing that took place on February 18, 2003.

Your anticipated cooperation with respect to this most important matter would be greatly appreciated.

Sincerely, Daniel Reyes

Daniel Reyes-Escribano
Fed Reg# 16995-069

P.O. BOX 420 • FAIRTON, NEW JERSEY • 08320