# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| DANIEL REYES-ESCRIBANO<br><br>    Petitioner<br><br>vs.<br><br>UNITED STATES OF AMERICA<br><br>    Respondent | **CV.  06-1083 (ADC)**<br>[Related to CR. 99-044-07 (HL)] |

### JUDGMENT

The Court, through the Honorable Aida M. Delgado-Colón, United States District Judge, issued an Order for Entry of Judgment on July 30, 2007.

Therefore, pursuant to the Court's Order, Judgment is hereby entered accordingly.

Petitioner's § 2255 claim is **DENIED** as time barred.

**IT IS SO ORDERED AND ADJUDGED.**

In San Juan, Puerto Rico, this 31st day of July, 2007.

                                        FRANCES RIOS DE MORAN
                                         Clerk of the Court

                                        By: s/Sarah V. Ramón
                                                Sarah V. Ramón, Deputy Clerk