UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

**UNITED STATES OF AMERICA**          *
                                      *
Vs.                                   *          99-044-07   (HL)
                                      *
**REYES-ESCRIBANO, Daniel**            *
                                      *
-------------------------------------------*

### ORDER

By the Order of the Honorable Héctor M. Laffitte, Senior United States District Court Judge, the pre-sentence investigation report is hereby returned to the U.S. Probation Office.

IT IS SO ORDERED.

San Juan, Puerto Rico, this August 2, 2007.

        **FRANCES RIOS DE MORAN**
        Clerk of the Court

        By: Felix Toledo
        Interpreter/Deputy Clerk

**ACKNOWLEDGMENT:**

I hereby acknowledge receipt of the
pre-sentence investigation report

on _____

Eustaquio Babilonia
Chief U.S. Probation Officer

By: _____